NO. 07-02-0164-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL 23, 2002

_____

C.E.B.R. SERVICES, INC.

Appellant

v.

PRECISION FLAMECUTTING AND STEEL, L.P

Appellee

_____

FROM THE COUNTY CIVIL COURT AT LAW NUMBER ONE OF HARRIS COUNTY

NO. 751,570; HON. BRADLEY S. UNDERWOOD, PRESIDING

_____

Before QUINN, REAVIS, and JOHNSON, J.J.

C.E.B.R. Services, Inc. filed a notice of appeal on March 20, 2002. However, C.E.B.R. Services, Inc. did not pay the $125 filling fee required from appellants pursuant to Texas Rule of Appellate Procedure 5. Nor did C.E.B.R. Services, Inc. file an affidavit pursuant to Texas Rule of Appellate Procedure 20.1 relieving appellant of his duty to do so. By letter from this Court dated April 9, 2002, we informed appellant that "[u]nless the filing fee in the amount of $125.00 is paid . . . [the] appeal will be subject to dismissal. TEX.

R. APP. P. 42.3(c); See *Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd.).

Due to appellant's failure to pay the filing fee, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c).

Per Curiam

Do not publish.